| | | | |
|---|---|---|---|
| Whitefish CU v.<br>Prindiville<br>2017 MT 91N | DA 16-0493<br>Affirmed | 04/18/17 | Dist. 11 (Flathead) |
| Tirey v. State MSP | OP 17-0188<br>Denied | 04/18/17 | Original Proceeding<br>Habeas Corpus |
| DeCelles v.<br>Kirkegard | OP 17-0210<br>Denied | 04/18/17 | Original Proceeding<br>Habeas Corpus |
| Chouteau County v.<br>Sayers<br>2017 MT 94N | DA 16-0677<br>Affirmed | 04/25/17 | Dist. 12 (Chouteau) |
| Conner v. State | OP 17-0166<br>Denied | 04/25/17 | Original Proceeding<br>Supervisory Control |
| Knows Gun Jr. v.<br>Big Horn County | OP 17-0199<br>Denied | 04/25/17 | Original Proceeding<br>Habeas Corpus |
| Spearson v. Green | OP 17-0134<br>Denied | 04/25/17 | Original Proceeding<br>Habeas Corpus |
| Wells Fargo v. Rehm<br>2017 MT 96N | DA 16-0443<br>Affirmed | 04/26/17 | Dist. 18 (Gallatin) |
| State v. Klundt<br>2017 MT 97N | DA 15-0434<br>Aff'd in part<br>Rv'd in part | 04/26/17 | Dist. 11 (Flathead) |
| State v. Soraich<br>2017 MT 98N | DA 16-0345<br>Affirmed | 04/26/17 | Dist. 13<br>(Yellowstone) |
| Arlington v. Miller's<br>Trucking<br>2017 MT 102N | DA 16-0719<br>Affirmed | 05/02/17 | Dist. 3 (Granite) |
| Citibank v. Slagter<br>2017 MT 103N | DA 16-0571<br>Affirmed | 05/02/17 | Dist. 21 (Ravalli) |
| Wall v. Mineral<br>Patent Mining<br>2017 MT 104N | DA 16-0502<br>Affirmed | 05/02/17 | Dist. 19 (Lincoln) |